

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2018

No. 04-18-00653-CR

David **TAFOLLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8487
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." We, therefore, **ORDER** the trial court clerk to file a clerk's record on or before **October 4, 2018** containing the following documents:

1.    All pre-trial orders and the related pre-trial motions;

2.    The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.    The judgment;

4.    All post-judgment motions and orders;

5.    The notice of appeal;

6.    The Trial Court's Certification of Defendant's Right of Appeal; and

7.    The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court.

_____
Irene Rios, Justice


     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court